# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DORALICIA CONTRERAS-SOLTERO, et al.,

    Plaintiffs,

v.

VOLKSWAGEN OF AMERICA, INC., et al.,

    Defendants.

Case No. 2:09-cv-1205-LDG (PAL)

**ORDER**

As plaintiffs filed a Certificate of Interested Parties prior to the deadline of October 23, 2009,

THE COURT **DECLINES** to adopt the Report and Recommendation (#16).

DATED this 23 day of November, 2009.

_____
Lloyd D. George
United States District Judge