DAVID R. CLAYSON, ESQ.
Nevada Bar No. 002826
CISNEROS CLAYSON & MARIAS
1140 North Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 233-9660
(702) 233-9665 Fax
david.clayson@zurichna.com
Attorneys for Defendants
JAHN STEPHEN & VOLKSWAGEN OF AMERICA, INC.

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA - LAS VEGAS

| | |
|---|---|
| DORALICIA CONTRERAS-SOLTERO; OLIVA SOLTERO-GARCIA; EVERARDO CONTRERAS-SOLTERO; BRIAN SERGIO CHAVARIN-RAMIREZ, a minor, by and through DORALICIA CONTRERAS-SOLTERO, his Legal Guardian; SERGIO OMAR CHAVARIN-RAMIREZ, a minor, by and through DORALICIA CONTRERAS-SOLTERO, his Legal Guardian,<br><br>Plaintiffs,<br><br>vs.<br><br>JAHN STEPHEN; VOLKSWAGEN OF AMERICA, INC.; DOES I-V, inclusive; and ROE BUSINESS ENTITIES I-V, inclusive,<br><br>Defendants. | CASE NO.:   2:09-cv-01205-LDG-PAL |

### STIPULATION & ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between LEWIS J. GAZDA, ESQ., of GAZDA & TADAYON, as counsel for Plaintiffs and DAVID R. CLAYSON, ESQ., of CISNEROS CLAYSON & MARIAS, as counsel for Defendants, that the above-entitled action shall be dismissed with prejudice.

Each party shall bear their own attorney's fees and costs incurred herein.

- 1 -

DATED: 2-1-11

GAZDA & TADAYON

_____
LEWIS GAZDA, ESQ.
Nevada Bar No. 004269
2600 S. Rainbow Blvd., Suite 200
Las Vegas, NV 89146
Attorneys for PLAINTIFFS

DATED: 21 January 2011

CISNEROS CLAYSON & MARIAS

_____
DAVID R. CLAYSON, ESQ.
Nevada Bar No. 002826
1140 North Town Center Drive, Suite 200
Las Vegas, NV 89144
Attorneys for Defendants

IT IS SO ORDERED: _____
UNITED STATES DISTRICT JUDGE

DATED: 9 Feb 2011